## HEATHER BRUNEAU *v.* STANLEY SEABROOK, JR., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 84 Conn. App. 667 (AC 24400), is denied.

*Terence A. Zemetis* and *Jane G. Beddall*, in support of the petition.

Decided October 6, 2004